**FILED**
DEC 1 8 2007
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. '07 CR 3391 W |
| Plaintiff, ) | **I N F O R M A T I O N** |
| v. ) | Title 21, U.S.C., Secs. 952 and 960 – Importation of Marijuana (Felony) |
| JASMINE LAU, ) | |
| Defendant. ) | |

The United States Attorney charges:

On or about November 24, 2007, within the Southern District of California, defendant JASMINE LAU, did knowingly and intentionally import approximately 47.2 kilograms (approximately 103.8 pounds)(net weight) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: 12/18/07.

KAREN P. HEWITT
United States Attorney

_(signed)_
CAROLINE P. HAN
Assistant U.S. Attorney

CPH:drh:San Diego
12/4/07