ZANDRA L. LOPEZ
California State Bar No. 216567
427 C. Street, Suite #300
San Diego, California 92101
Telephone: (619) 233-3169, x.17
Fax: (619) 684-3522
zll@zandralopezlaw.com

Attorney for Ms. Jasmine Lau

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE THOMAS WHELAN)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JASMINE LAU,<br><br>    Defendant. | Case No. 07CR03391-TW<br><br>DATE: April 8, 2008<br>TIME:  9:00 a.m.<br><br>MOTION FOR ORDER TO<br>SHORTEN TIME |

TO:    KAREN P. HEWITT, UNITED STATES ATTORNEY
        MICHELLE PETTIT, ASSISTANT UNITED STATES ATTORNEY
        ROBERT I. CARREON, UNITED STATES PROBATION OFFICER

        The defendant, Jasmine Lau, by and through her attorney, Zandra L. Lopez, moves this Court for an Order to Shorten Time to file her objections to the presentence report to seven (7) days, to be heard on April 8, 2008, 9:00 a.m., or as soon thereafter as counsel may be heard, for the following reasons stated in the attached declaration.

                                            Respectfully submitted,

                                            */s/ Zandra L. Lopez*
DATED: April 1, 2008                          ZANDRA L. LOPEZ

ZANDRA L. LOPEZ
California State Bar No. 216567
427 C. Street, Suite #300
San Diego, California 92101
Telephone: (619) 233-3169, x.17
Fax: (619) 684-3522
zll@zandralopezlaw.com

Attorney for Ms. Jasmine Lau

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE THOMAS WHELAN)

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br>　　　　Plaintiff, </br></br> v. </br></br> JASMINE LAU, </br></br>　　　　Defendant. | Case No. 07CR03391-TW </br></br> DATE: April 8, 2008 </br> TIME: 9:00 a.m. </br></br> DECLARATION |

I, Zandra L. Lopez, hereby declare as follows,

1.　　I was appointed to represent Ms. Lau in the above-captioned matter.

2.　　I am requesting permission to file the objections 7 days prior to the hearing, rather than 18 days. Unfortunately, I was not able to complete the objections by the due date. Moreover, Ms. Lau was hospitalized for the past week due to complications in her pregnancy and returned to MCC on Sunday night. I was not able to finalize my objections until after meeting with her yesterday, Monday, March 31, 2008.

3.　　I have been diligent in my attempt to file the objections in a timely manner.

I swear, to the best of my knowledge and my memory, the foregoing is true and correct.


DATED: April 1, 2008　　　　　　　　　　　　*/s/ Zandra L. Lopez*
　　　　　　　　　　　　　　　　　　　　　　ZANDRA L. LOPEZ