1  ZANDRA L. LOPEZ
   California State Bar No. 216567
2  427 C. Street, Suite #300
   San Diego, California 92101
3  Telephone: (619) 233-3169, x.17
   Fax: (619) 684-3522
4  zll@zandralopezlaw.com

5  Attorney for Ms. Jasmine Lau

6

7                       UNITED STATES DISTRICT COURT

8                      SOUTHERN DISTRICT OF CALIFORNIA

9                        (HONORABLE THOMAS WHELAN)

10 UNITED STATES OF AMERICA,       )   Case No. 07CR03391-TW
                                   )
11         Plaintiff,               )   DATE: April 8, 2008
                                   )   TIME:  9:00 a.m.
12 v.                              )
                                   )   CERTIFICATE OF SERVICE
13 JASMINE LAU,                    )
                                   )
14         Defendant.               )
                                   )
15

16 Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served via CM/ECF upon all parties electronically listed.

17

18                                       Respectfully submitted,

19

20                                  /s/    Zandra L. Lopez
   Dated: April 1, 2008                  **ZANDRA L. LOPEZ**
21                                       Attorney for Defendant
                                         zll@zandralopezlaw.com
22

23

24

25

26

27

28