**FILED**
APR - 3 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE THOMAS WHELAN)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 07CR03391-TW |
| Plaintiff, ) | |
| v. ) | |
| JASMINE LAU, ) | ORDER |
| Defendant. ) | |

Motion to shorten time having been made in the above-entitled matter, the Court being advised and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the time for hearing the matter for the defendant's objections to the pre-sentence investigation report, be shortened to seven (7) days, to be heard on April 8, 2008, 9:00 a.m., or as soon thereafter as counsel may be heard.

**SO ORDERED.**

Dated: 4/3/08

HONORABLE THOMAS WHELAN
United States District Judge